JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMARA WAREKA a/k/a TAMARA WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>MATIQUE, LLC; CHLOE MAJDIPOUR, individually, and DOES 1 through 10 inclusive,<br><br>Defendant. | Case No. 2:26-cv-06607-AB-E<br><br>**ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **45 days** upon good cause shown if the settlement is not completed.

All hearing dates are hereby **VACATED**.

Dated: October 13, 2026

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE